MALDEN KNITTING MILLS, Respondent, v. LEON ALPERT et al., Trading as Z. ALPERT & SONS, Appellants.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.